IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:25-cr-219 |
| | ) | |
| [1] ANDREA THOMAS | ) | |
| [2] CORY THOMAS | ) | JUDGE TRAUGER |
| [3] CHRISTIAN SMITH | ) | |
| [4] NANCY GATES | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE A SURREPLY TO DEFENDANTS' JOINT REPLY TO UNITED STATES' RESPONSE TO MOTION TO DISMISS COUNT THREE, TO STRIKE OVER-INCLUSIVE LANGUAGE, AND TO RULE THAT NO MANDATORY MINIMUM APPLIES**

The United States of America, by and through Braden H. Boucek, United States Attorney for the Middle District of Tennessee, and Monica R. Morrison, Assistant United States Attorney, respectfully requests leave to file a brief surreply, not to exceed five pages, to Defendants' Joint Reply to United States' Response to Motion to Dismiss Count Three, to Strike Over-Inclusive Language, and to Rule that No Mandatory Minimum Applies (Doc. No. 103, "Defendants' Reply"). While the Defendants' Reply appears to exceed the scope of their original motion in several respects, undersigned counsel—recognizing that surreplies are generally disfavored, and not wishing to belabor these issues—seeks leave to file a brief response to address only those arguments raised in parts 3B through 3D of the Reply (pp. 33-39). A short surreply limited to those arguments will assist the Court by clarifying the Government's position on certain issues raised for the first time in the Defendants' Reply. The undersigned counsel contacted counsel for the Defendants, who does not oppose this motion.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney for the Middle
District of Tennessee


/s/ *Monica R. Morrison*
MONICA R. MORRISON
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151
E-mail: monica.morrison@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January 2026, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel of record.


/s/ *Monica R. Morrison*
MONICA R. MORRISON